Jacqueline D. Serrao, Esq. SBN 266389
IDEA Law Group, PC
1651 East 4th Street, Suite 124
Santa Ana, CA 92701
Telephone: 877-353-2146
Email:  jserrao@idealawgroupllc.com

Attorneys for Defendant
NATIONS DIRECT MORTGAGE, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| VICTOR COBAR,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC and NATIONS DIRECT MORTGAGE, LLC,<br><br>    Defendants. | Case No. 2:24-cv-00671-CKD<br><br>**ORDER ON MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

The joint motion for a second extension of time for Defendant Nations Direct Mortgage, LLC to respond to the complaint is **GRANTED**. Defendant Nations Direct Mortgage, LLC shall respond to the complaint on or before **May 23, 2024**. No further extensions will be granted.

IT IS SO ORDERED.

Dated: May 2, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, coba0671.24