# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| VICTOR COBAR, | Case No.: 2:24-cv-00671-CKD |
| Plaintiff, | **ORDER ON MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC and NATIONS DIRECT MORTGAGE, LLC, | |
| Defendants. | |

The joint motion for a second extension of time for Defendant Equifax Information Services, LLC to respond to the complaint is **GRANTED**. Defendant Equifax Information Services, LLC shall respond to the complaint on or before **May 23, 2024**. No further extensions will be granted. IT IS SO ORDERED.

Dated: May 2, 2024

4, coba0671.24

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500